| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | DEBORAH STACHEL |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | Chantal R. Jenkins, SBN PA 307531 |
| 4 | Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800 |
| |     San Francisco, California 94105 |
| 6 |     Telephone: (415) 977-8931 |
| |     Facsimile: (415) 744-0134 |
| 7 |     E-Mail: Chantal.Jenkins@ssa.gov |

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES HENRY BELL, | ) Case No.: 2:17-cv-01195-KJN |
| Plaintiff, | ) |
| | ) STIPULATION & ORDER FOR |
| vs. | ) EXTENSION FOR DEFENDANT TO |
| | ) RESPOND TO PLAINTIFF'S MOTION FOR |
| | ) SUMMARY JUDGMENT |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The current due date is January 22, 2018. The new due date will be February 21, 2018.

Defendant respectfully requests this additional time because Defendant's counsel is managing a heavy caseload. Since Plaintiff's counsel filed her motion for summary judgment, Defendant's counsel has been engaged in discovery in two cases before the Equal Employment

1

Opportunity Commission (EEOC). In addition, counsel has several district court briefs for social security disability cases and an oral argument this month.

Defendant's counsel contacted Plaintiff's counsel via telephone on January 19th and Plaintiff's counsel has agreed to the extension request.

This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: January 18, 2018　　　　　　　　　/s/ Steven Berniker by Chantal R. Jenkins*
　　　　　　　　　　　　　　　　　　　　　*As authorized via email on January 19, 2018
　　　　　　　　　　　　　　　　　　　　　Steven Berniker
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Dated: January 18, 2018　　　　　　　　　/s/ Chantal R. Jenkins
　　　　　　　　　　　　　　　　　　　　　Chantal R. Jenkins
　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 24, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE